■ BAY CRANE SERVICE, INC., Respondent, v P. J. CARLIN CONSTRUCTION COMPANY et al., Appellants. (And a Third-Party Action.)—In an action on two performance bonds, defendants appeal from an order of the Supreme Court, Kings County, dated June 14, 1976, which, *inter alia,* granted plaintiff's motion for leave to serve a further amended complaint. Order affirmed, with $50 costs and disbursements (cf. *Rochester Poster Adv. Co. v Town of Penfield,* 51 AD2d 870). Defendants' time to answer is extended

until 20 days after entry of the order to be made hereon. Latham, Acting P. J., Margett, Suozzi and Mollen, JJ., concur.